UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

TRUONG SON MARKET, INC. and
4 STAR GENERAL CONTRACTING, INC.                                      PLAINTIFFS

v.                                    No. 2:21-CV-02058

STATE AUTO PROPERTY AND
CASUALTY INSURANCE COMPANY                                            DEFENDANT

## JUDGMENT

Pursuant to the order entered in this case on this date this case is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 27th day of June, 2022.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE